## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MONICA REYES, individually,
and as guardian and next friend of
Jane Doe, a minor child,

      Plaintiffs,

                                        No. 2:19-cv-00601-GBW-KRS

v.

FRANK RAMOS ARIAS, and
SILVER CONSOLIDATED SCHOOLS,

      Defendants.

## AGREED WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## FOR FRANK RAMOS ARIAS

HOLT MYNATT MARTÍNEZ P.C. (Blaine T. Mynatt) hereby substitutes as counsel for

David M. Lopez and Associates, on behalf of Defendant Frank Ramos Arias in the above-

captioned matter and further gives notice of new counsel's address and phone number as follows.

Respectfully submitted,

HOLT MYNATT MARTÍNEZ P.C.

Blaine T. Mynatt
New Mexico Bar No. 9471
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
*Attorney for Defendant Frank R. Arias*

Approved by,

DAVID M. LOPEZ and ASSOCIATES

*Telephonic approval 7-03-19*
David M. Lopez
P.O. Box 1289
Silver City, NM 88062-1219
(575) 538-2925

I hereby certify that on this 11th day of July 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

David M. Berlin
PO Box 527
Albuquerque, NM  87103
(505) 243-3751
dmberl@duhigglaw.com
*Attorney for Monica Reyes*

David M. Lopez
P.O. Box 1289
Silver City, NM  88062-1219
(575) 538-2925
dml@qwestoffice.net

Jerry Walz
133 Eubank Blvd. NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Silver Consolidated Schools*


BLAINE T. MYNATT