IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONICA REYES, individually,
and as guardian and next friend,
Jane Doe, a minor child,

        Plaintiffs,

vs.                      No. 2:19-cv-00601-KG-KRS

FRANK RAMOS ARIAS, and
SILVER CITY CONSOLIDATED SCHOOLS

        Defendants.

## WITHDRAWAL OF DOCUMENT NO. 7 TITLED MOTION FOR DISCLOSURE INITIAL DISCLOSURE BY MONICA REYES

COMES NOW PLAINTIFF, Monica Reyes, individually, and as guardian and next friend, Jane Doe, a minor child, by and through their attorneys of, Duhigg, Cronin, Spring & Berlin, P.A. (David M. Berlin), and hereby withdraws document no. 7 titled Motion for Disclosure Initial Disclosure by Monica Reyes which was mistakenly filed on July 24, 2019 at 11:52 a.m. Opposing counsel approved of this at the Scheduling Conference held on August 6, 2019.

Respectfully submitted,

By: /s/ David M. Berlin
     David M. Berlin
     Duhigg, Cronin, Spring & Berlin
     Attorneys for Plaintiff
     P. O. Box 527
     Albuquerque, NM 87103-0527
     Telephone: (505) 243-3751
     Facsimile: (505) 246-9797

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2019, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel registered to receive electronic service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ David M. Berlin
David M. Berlin