IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MONICA REYES, individually and as guardian and next friend of Jane Doe, a minor,**

    Plaintiffs,

Case No. 2:19-cv-00601 KG-KRS

vs.

**FRANK RAMOS ARIAS, JASON PING, and SILVER CITY CONSOLIDATED SCHOOLS,**

    Defendants.

### ORDER GRANTING DEFENDANT SILVER CITY CONSOLIDATED SCHOOLS' UNOPPOSED MOTION TO CHANGE THE TIME OF SETTLEMENT CONFERENCE

THIS MATTER having come before the Court on Defendants Silver City Consolidated Schools and Jason Ping's Unopposed Motion to Change the Time of Settlement Conference [Doc. 61], the Court having reviewed the motion and the reasons set forth therein finds that the motion is well taken.

IT IS HEREBY ORDERED that the time of the settlement conference shall be moved from 9:00 am to 10:00 am.

*/s/ Kevin Sweazea*
HONORABLE KEVIN SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1