IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MONICA REYES, *individually,*
*and as guardian and next friend,*
*Jane Doe, a minor child*,

        Plaintiffs,

vs.                                   No. 2:19-cv-00601-KG-KRS

FRANK RAMOS ARIAS and
SILVER CITY CONSOLIDATED SCHOOLS,

        Defendants.

## ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ARIAS' MOTION TO DISMISS

Upon the application of the Plaintiff, Monica Reyes, as guardian and next friend of Jane Doe, a minor child, for an extension within which to respond to Defendant Arias' Motion to Dismiss, having found good cause shown and with concurrence of opposing counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have until February 17, 2020, within which to respond to Defendant Arias' Rule 12(b)(6) Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

APPROVED WITH OR WITHOUT EXCEPTIONS

DUHIGG, CRONIN, SPRING & BERLIN, P.A.

*Approved electronically*
David M. Berlin, Esq.
*Attorney for Plaintiff*
P.O. Box 527
Albuquerque, NM 87103
(505) 243-3751
dmberl@duhigglaw.com


HOLT MYNATT MARTINEZ, P.C.

*Electronically approved 01/28/20*
Blaine Mynatt, Esq.
*Attorney for Frank Ramos Arias*
P.O. Box 2699
Las Cruces, NM 88004
(575) 524-8812
bmt@hmm-law.com

WALZ AND ASSOCIATES, P.C.

*Electronically approved on 01/28/20*
Jerry A. Walz, Esq.
*Attorney for Silver City Consolidated Schools*
133 Eubank Blvd NE
Albuquerque, NM 87123
 (505) 275-1800
jerryawalz@walzandassociates.com