IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONICA REYES, individually,
and as guardian and next friend,
Jane Doe, a minor child,

        Plaintiffs,

vs.                              No. 2:19-cv-00601-KRS-CG

FRANK RAMOS ARIAS, JASON PING, and
SILVER CITY CONSOLIDATED SCHOOLS

        Defendants.

## STIPULATED ORDER DISMISSING SILVER CITY CONSOLIDATED SCHOOLS WITH PREJUDICE

THIS MATTER having come before the Court on the Unopposed Motion for Entry of Stipulated Order Dismissing Defendant Silver City Consolidated Schools with Prejudice [Doc. 79], the Court having reviewed the Motion finds that it is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Silver City Consolidated Schools is hereby dismissed from these proceedings with prejudice and the parties are to bear their own fees and costs.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

APPROVALS:

WALZ AND ASSOCIATES, P.C.

*/s Jerry A. Walz*
JERRY A. WALZ, ESQ.
*Attorney for Defendants Silver Consolidated Schools and Jason Ping*
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

MYNATT MARTÍNEZ SPRINGER P.C.

*/s/ Alan J. Dahl via email 04/13/20*
BLAINE T. MYNATT
ALAN J. DAHL
PO Box 2699
Las Cruces, NM 88012
btm@mmslawpc.com
ajd@mmslawpc.com
*Attorneys for Frank R. Arias*

DUHIGG, CRONIN, SPRING & BERLIN, P.A.

*/s/ David M. Berlin via email 04/10/20*
DAVID M. BERLIN
P.O. Box 527
Albuquerque, NM 87103
(505) 243-3751
*Attorney for Plaintiffs*

2